**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-253 |
| | § | |
| ABERCROMBIE & FITCH, CO.; | § | **JURY TRIAL DEMANDED** |
| BED BATH & BEYOND, INC.; | § | |
| BROWN SHOE CO., INC.; | § | |
| CHURCH & DWIGHT COMPANY, INC.; | § | |
| CONOCOPHILLIPS; | § | |
| DELL, INC.; | § | |
| DONALDSON COMPANY, INC.; | § | |
| E*TRADE FINANCIAL CORPORATION; | § | |
| GAMESTOP, CORP.; | § | |
| HTC AMERICA, INC.; | § | |
| IASIS HEALTHCARE, LLC; | § | |
| INSIGHT ENTERPRISES, INC.; | § | |
| NEIMAN MARCUS, INC.; | § | |
| PIONEER NATURAL RESOURCES, CO.; | § | |
| TENNECO, INC.; | § | |
| THE FINISH LINE, INC.; | § | |
| TRAVELCENTERS OF AMERICA, LLC; | § | |
| UNITED PARCEL SERVICE, INC.; | § | |
| VISA, INC., | § | |
| | § | |
| Defendants. | § | |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Webvention LLC ("Webvention") hereby discloses, by and through its undersigned counsel, that it is a limited liability company. Webvention's parent company is Webvention Holdings, LLC.

Dated: July 23, 2010                                          Respectfully submitted,

                                                                 /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM P.C.**
111 W. Tyler St.
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 23rd day of July, 2010.

                                                                  /s/ William E. Davis, III
William E. Davis, III