IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBVENTION LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10-CV-00253-TJW-CE |
| ) | |
| ABERCROMBIE & FITCH CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
**GRANTING THE NEIMAN MARCUS GROUP, INC.'S MOTION**
**TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant The Neiman Marcus Group, Inc. ("Neiman Marcus") has moved to dismiss Plaintiff Webvention LLC's ("Webvention") Complaint for failure to state a claim.  On consideration of the motion, all timely filed responses, and the arguments of counsel (if any), the Court ORDERS that Neiman Marcus' Motion to Dismiss Plaintiff's Complaint is GRANTED.  All claims asserted in the complaint against Neiman Marcus are DISMISSED.