**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-253 |
| | § | |
| ABERCROMBIE & FITCH, CO.; | § | **JURY TRIAL DEMANDED** |
| BED BATH & BEYOND, INC.; | § | |
| BROWN SHOE CO., INC.; | § | |
| CHURCH & DWIGHT COMPANY, INC.; | § | |
| CONOCOPHILLIPS; | § | |
| DELL, INC.; | § | |
| DONALDSON COMPANY, INC.; | § | |
| E*TRADE FINANCIAL CORPORATION; | § | |
| GAMESTOP, CORP.; | § | |
| HTC AMERICA, INC.; | § | |
| IASIS HEALTHCARE, LLC; | § | |
| INSIGHT ENTERPRISES, INC.; | § | |
| NEIMAN MARCUS, INC.; | § | |
| PIONEER NATURAL RESOURCES, CO.; | § | |
| TENNECO, INC.; | § | |
| THE FINISH LINE, INC.; | § | |
| TRAVELCENTERS OF AMERICA, LLC; | § | |
| UNITED PARCEL SERVICE, INC.; | § | |
| VISA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having considered Plaintiff Webvention LLC ("Webvention") and Defendant HTC America, Inc.'s ("HTC") Joint Motion to Dismiss based on the settlement of claims between Webvention LLC and HTC America, Inc., the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED, it is hereby

1

ORDERED, ADJUDGED AND DECREED that all claims asserted by Webvention LLC against HTC America, Inc. and HTC's counterclaims for relief against Webvention are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 22ndday of November, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE