**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-253 |
| | § | |
| ABERCROMBIE & FITCH, CO.; | § | **JURY TRIAL DEMANDED** |
| BED BATH & BEYOND, INC.; | § | |
| BROWN SHOE CO., INC.; | § | |
| CHURCH & DWIGHT COMPANY, INC.; | § | |
| CONOCOPHILLIPS; | § | |
| DELL, INC.; | § | |
| DONALDSON COMPANY, INC.; | § | |
| E*TRADE FINANCIAL CORPORATION; | § | |
| GAMESTOP, CORP.; | § | |
| HTC AMERICA, INC.; | § | |
| IASIS HEALTHCARE, LLC; | § | |
| INSIGHT ENTERPRISES, INC.; | § | |
| NEIMAN MARCUS, INC.; | § | |
| PIONEER NATURAL RESOURCES, CO.; | § | |
| TENNECO, INC.; | § | |
| THE FINISH LINE, INC.; | § | |
| TRAVELCENTERS OF AMERICA, LLC; | § | |
| UNITED PARCEL SERVICE, INC.; | § | |
| VISA, INC., | § | |
| | § | |
|     Defendants. | § | |

## ORDER

Having considered Plaintiff Webvention LLC ("Webvention") and Defendant E*Trade Financial Corporation's ("E*Trade") Joint Motion to Dismiss based on the settlement of claims between Webvention and E*Trade, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Webvention LLC

against E*Trade Financial Corporation are hereby dismissed with prejudice and all pending motions between the parties are denied as moot, subject to the terms of that certain agreement dated November 19, 2010.

It is ORDERED that this Court retains jurisdiction over this matter.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 10th day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE